**Jodi (Long) McKOWN, Respondent,**

v.

**Betty J. WRIGHT, Appellant.**

**No. WD 53536.**

Missouri Court of Appeals,
Western District.

Dec. 16, 1997.

James D. Worthington, Lexington, for Respondent.

John L. Mullen, Kansas City, for Appellant.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant asserts an abuse of discretion in the trial court granting a new trial. Judgment affirmed. Rule 84.16(b).

■

**Linda L. DENNY, Appellant,**

v.

**DOLGENCORP, INC., d/b/a Dollar General Corp., Respondent.**

**No. WD 53522.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 8, 1997.

Decided Dec. 16, 1997.

James L. Thomas, Waynesville, for appellant.

Bryan M. Groh, St. Louis, for respondent.

Before ULRICH, C.J., P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Linda L. Denny appeals the judgment of the trial court enforcing a settlement as to Ms. Denny's personal injury claim. Having carefully considered Ms. Denny's contentions on appeal, we conclude the trial court order should be affirmed. A published opinion would lack precedential value. A memorandum of the reasons for our decision has been furnished to the parties.

Judgment is affirmed. Rule 84.16(b).